**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          Case No.
                                                               Chapter **13**

**Charlotte H. Camejo**

_____ Debtor_____ /

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

___**X**___ Copies of all payment advices, pay stubs or other evidence of payment received by the
debtor from any employer within 60 days prior to the filing of the bankruptcy petition are
attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any
and all received and provide explanation that you didn't work the full 60 days.
_____ )

_____ Copies of all payment advices **are not** attached because the debtor had no income from
any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
___receives disability payments
___is unemployed and does not receive unemployment compensation
___receives Social Security payments
___receives a pension
___does not work outside the home
___is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide
some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint
debtor from any employer within 60 days prior to the filing of the bankruptcy petition are
attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any
and all received and provide explanation that you didn't work the full 60 days.
_____ )

_____ Copies of payment advices **are not** attached because the joint debtor had no income from
any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:
    ____receives disability payments
    ____is unemployed and does not receive unemployment compensation
    ____receives Social Security payments
    ____receives a pension
    ____does not work outside the home
    ____is self employed and does not receive payment advices


_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____


*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.  See Local Rule 5005-1(A)(2).*

**s/SamuelS.Sorota**_____     Date:**April 24, 2017**_____
Signature of Attorney or Debtor

_____     Date:_____
Signature of Joint Debtor, if applicable