

**ORDERED in the Southern District of Florida on July 18, 2022.**

Robert A. Mark, Judge
United States Bankruptcy Court

```
         UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF FLORIDA

                                   CASE NO: 17-15556-BKC-RAM
IN RE:                             CHAPTER 13
CHARLOTTE H. CAMEJO,
              DEBTOR(S).    /
```

**ORDER CONTINUING TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE, IN ADDITION TO MOTION FOR DISGORGEMENT OF FEES AGAINST SAMUEL SOROTA (ECF #120)**

This case came to be heard on July 12, 2022, upon the Trustee's Motion for Order to Show Cause, in addition to Motion for Disgorgement of Fees Against Samuel Sorota, it is

ORDERED as follows:

1. The Trustee's Motion (ECF #120) is continued to **August 23, 2022 at 9:00AM** by VIDEO CONFERENCE. You must register in advance no later than 3:00 PM, one business day before the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.